

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § No. | 3-08CR-094-O |
| LUIS CUENTAS | § § § | |

### INDICTMENT

The Grand Jury charges:

Count 1
Bank Robbery
(Violation of 18 U.S.C. § 2113(a))

On or about March 27, 2008, in the Dallas Division of the Northern District of Texas, **LUIS CUENTAS**, defendant, by force, violence and intimidation, did knowingly and intentionally take from the presence and persons of employees of Bank of America, 2606 Gus Thomasson Ave., Dallas, Texas, United States currency belonging to and in the care, custody, control, management and possession of Bank of America, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

**Cuentas Indictment - Page 1**

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

_____
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
Suzanna O. Etessam
Assistant United States Attorney
Texas State Bar No. 17572420
1100 Commerce Street, Third Floor
Dallas, Texas  75242
Telephone: 214.659.8643
Facsimile: 214.659.8803
Email: Suzanna.Etessam@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

LUIS CUENTAS

3-08CR-094-O

INDICTMENT

18 U.S.C. § 2113(a)
Bank Robbery

1 Count

A true bill rendered

DALLAS

Filed in open court this 9th day of April, 2008 A.D.

_____ Clerk

Arrest Warrant to be Issued

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Complaint Pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☐ No    If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of ____ **3-08CR-094-0**

Magistrate Case Number: 3:07-MJ-

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:
   ☐ Yes ☒ No

   Defendant Name: __**LUIS CUENTAS**__

   Alias Name: _____

   Address: _____

   County in which offense was committed: **DALLAS**

2. **U.S. Attorney Information**

   **AUSA SUZANNA ETESSAM**    Bar # TX Bar No. 17572420

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**    **ARREST WARRANT TO BE ISSUED**

   Arrest Date -

   ☐ Already in Federal Custody as of
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **1**    ☐ Petty ☐ Misdemeanor ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 2113 (a) | Bank Robbery | 1 |

   Date: 4/07/2008

   Signature of AUSA: _____
   SUZANNA ETESSAM