

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:08-CR-094-O |
| | § | |
| LUIS CUENTAS | § | |

## FACTUAL RESUME

Luis Cuentas (Cuentas), his attorney, and the United States of America agree that the following facts are true and correct and may be submitted to the Court in support of his plea of guilty to the one-count indictment:

### ELEMENTS OF THE OFFENSE

### BANK ROBBERY AND AIDING AND ABETTING
(18 U.S.C. § 2113(a))

FIRST: That the defendant intentionally took or attempted to take from the persons, or the presence of the persons described in the indictment, money;

SECOND: That the money belonged to or was in the possession of a federally insured bank at the time of the taking; and

THIRD: That the defendant took the money by means of force or violence or by means of intimidation.

### FACTS

On March 27, 2008, Cuentas entered the Bank of America located at 2606 Gus Thomason Road, Dallas, Texas, within the Northern District of Texas. Cuentas

**Factual Resume - Page 1**

approached teller Angelina Lawrence. Lawrence greeted Cuentas and said "may I help you?" Cuentas responded by placing a note on the counter. Lawrence picked up the note and read it twice. Lawrence, believing it was a transaction request, asked Cuentas if he wanted the money from his checking or savings. Cuentas replied "give me your $100's and $20's only, don't be stupid." Lawrence realized Cuentas was robbing the bank, and in fear for her life, she gave Cuentas her 100's and 20's. Cuentas took the money and placed it in his pants' pocket. He then exited the bank as Lawrence activated the alarm. At the time of these events, the deposits of the Bank of America, located at 2606 Gus Thomason Road, Dallas, Texas were insured by the Federal Deposit Insurance Corporation.

AGREED TO AND SIGNED this the 3 day of June, 2008.

_____
LUIS CUENTAS
Defendant

_____
SAM OGAN
Attorney for Defendant
Texas State Bar No. 15224750

RICHARD B. ROPER
United States Attorney

_____
SUZANNA O. ETESSAM
Assistant United States Attorney
Northern District of Texas
Texas State Bar No. 17572420
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8643
Facsimile: 214.659.8803
Email: Suzanna.Etessam@usdoj.gov

**Factual Resume - Page 2**