# U.S. District Court [LIVE]
## Eastern District of TEXAS (Sherman)
### CRIMINAL DOCKET FOR CASE #: 4:15-mj-00220-JDL-1

Case title: USA v. Cuentas  
Other court case number: 3:08cr94 Northern District of Texas

Date Filed: 06/11/2015

Assigned to: Magistrate Judge John D. Love

**Defendant (1)**

**Luis Cuentas**     represented by     **Robert Gerard Arrambide**  
Office of the Federal Defender - Eastern District  
7460 Warren Parkway  
Ste 270  
Frisco, TX 75034  
469-362-8506  
Fax: 469-362-6010  
Email: robert_arrambide@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2113A.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Milton Andrew Stover**<br>U S Attorney's Office - Plano<br>101 E Park Blvd<br>Suite 500<br>Plano, TX 75074<br>972/509-1201<br>Fax: 19725091209<br>Email: andrew.stover@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2015 | | Arrest (Rule 5c) of Luis Cuentas (fnt, ) (Entered: 06/15/2015) |
| 06/11/2015 | 2 | Minute Entry for proceedings held before Magistrate Judge John D. Love:Initial Appearance in Rule 5(c)(3) Proceedings as to Luis Cuentas held on 6/11/2015 Appearance entered by Milton Andrew Stover for USA,Robert Gerard Arrambide for Luis Cuentas on behalf of defendant., Added attorney Milton Andrew Stover for USA,Robert Gerard Arrambide for Luis Cuentas. Dft wavier of detention in ED/TX; Waiver of Rule 5 Hearing; Dft waived hearing on Identity; Oder of Detention; Dft remanded to the custody of the USM; Commitment to Another District. (Court Reporter Digital Recording.) (fnt, ) (Entered: 06/15/2015) |
| 06/11/2015 | 3 | WAIVER of Rights and Consent to Proceed by video conference by Luis Cuentas (fnt, ) (Entered: 06/15/2015) |
| 06/11/2015 | 4 | SEALED CJA 23 Financial Affidavit by Luis Cuentas (fnt, ) (Entered: 06/15/2015) |
| 06/11/2015 | 5 | WAIVER of Rule 5(c)(3) Hearing by Luis Cuentas (fnt, ) (Entered: 06/15/2015) |

DATE: 6/11/15
LOCATION: Tyler via video
JUDGE: John D. Love
DEP. CLERK: M. Morris
RPTR/ECRO: M. Morris
USPO:
INTERPRETER: —
START TIME: 1:50 pm
END TIME: 2:01 pm

CASE NUMBER: 4:15mj220
Other District Case Number: 3:08cr94-1

USA  V. Luis Cuentas

Andrew Stover  Robert Arnabide

## INITIAL APPEARANCE RULE 5c ND/TX

| | | | |
|---|---|---|---|
| ✓ | Initial Appearance called | ✓ | Initial Appearance held |
| | Dft appears with counsel | ✓ | Dft appears without counsel |
| ✓ | Date of Arrest: 6/11/15 | ✓ | Dft's first appearance with counsel |
| ✓ | Dft advised of charges | ✓ | Dft advised of right to counsel |
| ✓ | Dft advised of maximum penalties | ✓ | Dft advised of right to remain silent |
| ✓ | Dft request appointed counsel, is sworn & examined re: financial status | ✓ | Court finds Dft eligible and appoints: Robert Arnabide |
| ✓ | Gvt Oral Motion for Detention | | Gvt Oral Motion for Continuance of Detention Hearing |
| ✓ | Waiver of Detention in ED/TX | ✓ | Waiver of Rule 5 Hearing |
| | Order of Temporary Detention | ✓ | Dft advised of Rule 20 Transfer |
| ✓ | Order of Detention | ✓ | Dft waived Hearing on Identity |
| ✓ | Dft remanded to the custody of the US Marshal | ✓ | Commitment to Another District |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| V. | § § | Case No. 4:15mj220 |
| Luis Cuentas | § § | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED
## BY VIDEO CONFERENCE

I, Luis Cuentas, the above-named defendant, who is accused of charges in a Petition, and being advised of the nature of the charges against me, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to Fed. R. Crim. P. 43 and 11 and consent to proceed by video conference in the

(✓) initial appearance;
( ) arraignment;
( ) taking of my guilty plea to the charges described above;
( ) final pretrial hearing and jury trial scheduling hearing;
( ) sentencing hearing;

Executed this the 11th day of June, 2015.

_____
JOHN D. LOVE, US MAGISTRATE JUDGE

_____
Attorney for Defendant   Robert Arambide
                         AFD

_____
Luis Cuentas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| V. | § | Case No. 4:15mj220 |
| | § | |
| LUIS CUENTAS | § | |
| | § | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of the other court)* __Northern District of Texas__

I have been informed of the charges and my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted - to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of warrant.
☐ a preliminary hearing.
☐ a detention hearing.
☒ an identity hearing, production of warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at the time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11 Jun 15

_Luis Cuentas_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

_Robert Arambula, AFD_
*Printed name of defendant's attorney*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. §801 *et seq*); (b) Controlled Substances Import and Export Act (21 U.S.C. §951 *et seq*); or Section 1 of Act of Sept. 15, 1980 (21 U.S.C. §955a).